**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**1114 Fremont Avenue**
**South Pasadena, CA 91030**

*E-FILED 12/14/06*

**Tel: 626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiffs**
**KingVision Pay-Per-View, Ltd.**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KingVision Pay-Per-View, Ltd.** | **CASE NO. C 06-6090 RS** |
| **Plaintiff,** | **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)** |
| **vs.** | |
| **Gurvinder S. Musafar, et al.** | |
| **Defendant.** | |

Plaintiff KingVision Pay-Per-View, Ltd., hereby applies *ex parte* for an order continuing the initial Case Management Conference in this action, presently set for Wednesday, January 3, 2007 at 2:30 p.m. to a new date approximately forty-five (45) to sixty (60) days forward. This request will be, and is, made pursuant to Civil L.R. 7-11, and is necessitated by the fact that Plaintiff has not perfected service of process as to the defendants named to this action.

In addition, as of this writing, Plaintiff's counsel has not conferred with either defendants concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

1
2
3
4
5

    **Wherefore**, Plaintiff respectfully requests that this Honorable Court continue the Case Management Conference presently scheduled for Wednesday, January 3, 2007 at 2:30 p.m. to a new date approximately forty-five (45) to sixty (60) days forward in order that each of the defendants may be served and Plaintiff's counsel may thereafter confer with the defendants and/or their counsel and thereafter prepare and file a joint Case Management Conference Statement for the Court's review.

6
7
8
9
10

Respectfully submitted,

11
12
13
14

Dated: December 13, 2006

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
KingVision Pay-Per-View, Ltd.

15   ///
16   ///
17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
**CASE NO. C 06-6090 RS**
**PAGE 2**

1

## ORDER (~~Proposed~~)

2

3      It is hereby ordered that the Case Management Conference in civil action number 06-6090 RS

4 styled *KingVision Pay-Per-View, Ltd. v. Gurvinder S. Musafar, et al.*, is hereby continued from 2:30 pm,

5 Wednesday, January 3, 2007, to_____March 7, 2007 at 2:30 p.m._____.

6       The Parties shall file a joint Case Management Statement in advance of the Case Management

7 Conference pursuant to the Local Rules and the Standing Order of this Court.

8       Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification

9 of Service of this Order with the Clerk of the Court.

10      The parties shall make a determination regarding the issue of consent to the

11 jurisdiction of the Magistrate Judge and file the appropriate form no later than 2/28/07.

12 **IT IS SO ORDERED**:

13

14

15 _____          Dated:_____December 14, 2006_____

16 **THE HONORABLE RICHARD SEEBORG**

17 **United States District Court**
**Northern District of California**

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE; AND ORDER (~~Proposed~~)**
**CASE NO. C 06-6090 RS**
**PAGE 3**

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On, December 13, 2006, I served:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Gurvinder S. Musafar (Defendant)          Nirmandip S. Johal (Defendant)
1426 Dempsey Rd.                          1426 Dempsey Rd.
Milpitas, CA 95035                        Milpitas, CA 95035

Piardip S. Johal (Defendant)              Jagdip S. Takhar (Defendant)
1426 Dempsey Rd.                          1426 Dempsey Rd.
Milpitas, CA 95035                        Milpitas, CA 95035

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on December 13, 2006, at South Pasadena, California.

Dated:  December 13, 2006                  */s/ Inesa Mamidjanyan*
                                           **INESA MAMIDJANYAN**